UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                           :
SYLVIA TOPP,                                               :
                                   Plaintiff,    :         20 Civ. 10016 (LGS)
                                                 :
                 -against-                       :         ORDER
                                                 :
HARRY PINCUS, et al.,                            :
                                   Defendants. :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 25, 2021, Defendants filed a pre-motion letter in anticipation of a

motion for judgment on the pleadings and related motion to stay (Dkt. No. 24), and on January

28, 2021, Plaintiff filed responsive materials (Dkt. No. 25-27).

WHEREAS, on February 11, 2021, Plaintiff filed a pre-motion letter in anticipation of a

cross motion for judgment on the pleadings (Dkt. No. 32), and on February 18, 2021, Defendants

filed a responsive letter (Dkt. No. 33).  It is hereby

**ORDERED** that, the parties' cross motions for judgment on the pleadings and

Defendants' related motion to stay, shall be briefed according to the following schedule:

- by **March 12, 2021**, Defendants shall file their motion for judgment on the
  pleadings and related motion to stay;

- by **April 2, 2021**, Plaintiff shall file her opposition to Defendants' motion for
  judgment on the pleadings and related motion to stay, and any cross-motion for
  judgment on the pleadings;

- by **April 23, 2021**, Defendants shall file their reply in support of their motion for
  judgment on the pleadings and motion to stay, and any opposition to Plaintiff's
  cross-motion for judgment on the pleadings; and

- by **May 7, 2021**, Plaintiff shall file her reply in support of her cross-motion for

judgment on the pleadings.

It is further

   **ORDERED** that, each side is limited to **40 pages of briefing total**.  The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

   The Clerk of Court is respectfully directed to close the motion at Docket No. 32

Dated: February 19, 2021
   New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**