UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SYLVIA TOPP,
                              Plaintiff,  :  20 Civ. 10016 (LGS)

-against-  :  ORDER

HARRY PINCUS, et al.,
                             Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 23, 2021, Defendants filed a motion for judgment on the pleadings or, in the alternative, a motion to stay the proceedings pending resolution of *Pincus v. Tashikan Corp.* in the New York Supreme Court.  Dkt. No. 39.

      WHEREAS, on April 2, 2021, Plaintiff filed a cross-motion for judgment on the pleadings.  Dkt. No. 42.

      WHEREAS, a pre-motion conference is scheduled for July 22, 2021, to discuss the parties' anticipated cross-motions for summary judgment.  Dkt. No. 57.  It is hereby

      **ORDERED** that the parties' cross-motions for judgment on the pleadings and Defendants' motion to stay are **DENIED** without prejudice.  These arguments will be considered in conjunction with the parties' cross-motions for summary judgment.  It is further

      **ORDERED** that, the pre-motion conference is **ADJOURNED to July 29, 2021, at 10:40 a.m.**  The conference will be telephonic and will take place on the following conference line: 888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to being at the scheduled time.

      The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 39 and 42.

Dated: July 21, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE