UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYLVIA TOPP,<br><br>      Plaintiff,<br><br>  v.<br><br>HARRY PINCUS and MONICA PINCUS,<br><br>      Defendants. | Index No. 1:20-cv-10016 (LGS)<br><br>**NOTICE OF PLAINTIFF'S RULE 56(a) MOTION FOR SUMMARY JUDGMENT** |

  PLEASE TAKE NOTICE that, upon the Attorney's Declaration of Noah Kupferberg, dated August 30, 2021, and the exhibits attached thereto, the accompanying Memorandum of Law, and all of the pleadings and proceedings heretofore had herein, counsel for Plaintiff Sylvia Topp will move on September 30, 2021, or as soon thereafter as counsel may be heard, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY, for an Order granting Plaintiff summary judgment pursuant to Fed. R. Civ. P. 56(a).

  PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's order (Dkt. No. 66):

- Plaintiff's opposition to Defendants' motion for summary judgment shall be filed and served on Defendants' counsel by September 20, 2021.

- Defendants' opposition to Plaintiff's motion for summary judgment shall be filed and served on Plaintiff's counsel by September 20, 2021; and

- Defendants shall file a response to Plaintiff's Rule 56.1 Statement by September 20, 2021.

Dated: Chappaqua, New York         Respectfully submitted,
     August 30, 2021

                     /s/ Noah Kupferberg
                     Noah Kupferberg

2

          NOAH KUPFERBERG, ESQ.
734 King Street
Chappaqua, NY 10514
(646) 335-3968
noahkup@gmail.com

*Attorney for Plaintiff Sylvia Topp*

TO:

Jonathan L. Geballe, Esq.
Attorney for Defendants
11 Broadway, Ste 615
New York NY 10004
(212) 732-0800
jg@jonathangeballe.com
(service by e-file)