# NOAH KUPFERBERG, ESQ.

734 King Street
Chappaqua, NY 10514
(646) 335-3968
noahkup@gmail.com

April 27, 2022

> Application **GRANTED**. By **May 11, 2022**, the parties shall file a joint status letter and proposed order of reference.
>
> Dated: April 28, 2022
> New York, New York
>
> */s/ Lorna G. Schofield*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**RE:   1:20-cv-10016-LGS Topp v. Pincus et al.**
       **Letter to the Court re: Extension Request for Proposed Order of Reference**

Dear Judge Schofield,

On April 13, 2022, you granted the parties' application for an extension of the deadline to file a proposed order of reference until April 27, 2022 (ECF No. 87).

Since that time, the parties have continued to negotiate the terms of the proposed order of reference. Most of the details have already been settled through these negotiations. However, a limited number remain to be worked out.

As a result, Plaintiff and Defendants respectfully and jointly request an extension of two weeks, to May 11, 2022, to file their joint status letter and proposed order of reference to this Court.

Dated: April 27, 2022                                 Respectfully submitted,

/s/ Noah Kupferberg                                   /s/ Jonathan L. Geballe
Noah Kupferberg                                       Jonathan L. Geballe, Esq.

NOAH KUPFERBERG, ESQ.                                 JONATHAN L. GEBALLE, ESQ.
734 King Street, Chappaqua, NY 10514                  11 Broadway Suite 615, New York NY 10004
(646) 335-3968                                        (212) 732-0800
noahkup@gmail.com                                     jg@jonathangeballe.com
*Attorney for Plaintiff Sylvia Topp*                  *Attorney for Defendants Harry & Monica Pincus*