**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Ronald D. Coleman
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com
*Attorneys for Intervenor Tashikan Corp.*

Application **GRANTED**. Tashikan Corp. is permitted to intervene under Rule 24(b). Tashikan Corp.'s interest in the apartment property at issue "shares with the main action a common question of law," and the intervention will not "unduly delay or prejudice the adjudication of the original parties' rights" because Tashikan Corp. and the original parties have a similar interest in the sale of the apartment property. *Extenet Sys., LLC. v. Viii. of Kings Point*, No. 22-1265, 2023 WL 4044076, at *1 (2d Cir. June 16, 2023) (summary order). Moreover, no party has objected to Tashikan Corp.'s motion to intervene. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 117.

Dated: July 8, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

SYLVIA TOPP,

*Plaintiff,*

vs.

HARRY PINCUS *and* MONICA PINCUS,

*Defendants.*

Case 1:20-cv-10016

PLEASE TAKE NOTICE, that upon the accompanying declaration and memorandum of law, applicant Tashikan Corp. will, at a date and time to be determined by the Court, move the Court for an Order permitting intervention pursuant to Federal Rule of Civil Procedure 24.

COLEMAN LAW FIRM, PC

By: _____
RONALD D. COLEMAN

Dated: June 13, 2025