UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                    :

SYLVIA TOPP,
                            Plaintiff,   :

                                    :         20 Civ. 10016 (LGS)

            -against-            :

                                    :

HARRY PINCUS and MONICA PINCUS,   :         **ORDER**
                      Defendants.  :

                                    :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered May 16, 2022, appointed Eric Zim, Esq., of Horwitz & Zim Law Group, P.C., 260 Madison Avenue, 16th Floor, New York, NY 10016, as Referee in this action (the "Referee") to conduct the sale of the subject property according to the terms of sale in that Order.

WHEREAS, on February 27, 2026, the Referee filed a Report of Sale reporting that the subject property was transferred to the purchaser on November 24, 2025, and that there are no surplus monies or any other monies due and owing.  It is hereby

**ORDERED** that, by **March 9, 2026,** the parties shall file a joint letter stating whether there is any reason why this action should not be closed.

Dated: March 2, 2026
      New York, New York

                                   LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE