Application **GRANTED.**  The case is closed without prejudice to the Court's resolving any dispute with respect to the disbursement of remaining escrow funds.  By **June 5, 2026,** the parties shall file a status letter addressing the same.

The Clerk of Court is respectfully directed to close the case.

Dated: March 10, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

March 9, 2026

Hon. Lorna G. Schofield
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:    1:20-cv-10016-LGS Topp v. Pincus et al.
       Letter to the Court re: Post-Closing

Dear Judge Schofield,

Your Honor's Order (Dkt. 128) requires the parties to file, by this date, a joint letter as to any reason the Court should not close this matter following the Closing of Sale of the subject property and the filing the report of the Referee (Dkt. 127).

There remains an outstanding escrow against violations of record for the 5th Floor (the subject property).  This is indicated on the Referee report.  The buyer (not a party to this litigation) is supposed to conclude this by June 1, 2026 and any claims against the escrow to be resolved, with the remainder to be turned over the sellers, Topp and Pincus proportional to their responsibility for the violations and the responsibility of the cooperative, Tashikan.  Pending this resolution the parties are amenable to either

(1) Closing this matter with the Court's understanding that it could be reopened if there is a dispute regarding the escrow that cannot otherwise be determined; or

(2) Keeping this matter open and revisiting closure after June 1, 2026.

Respectfully submitted,

/Noah Kupferberg/
Noah Kupferberg
NOAH KUPFERBERG, ESQ.
734 King Street, Chappaqua, NY 10514
(646) 335-3968
noahkup@gmail.com
*Attorney for Plaintiff Sylvia Topp*

/Jonathan L. Geballe/
Jonathan L. Geballe
JONATHAN L. GEBALLE, ESQ.
11 Broadway Suite 615, New York NY 10004
(212) 732-0800
jg@jonathangeballe.com
*Attorney for Defendants Harry & Monica Pincus*

/Ronald D. Coleman/
Ronald D. Coleman
COLEMAN LAW FIRM, PC.
50 Park Place, Suite 1105
Newark NJ 071902
rcoleman@colemanlaw-pc.com
*Attorney for Tashikan Corporation*